UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO CARLOS LOPEZ MARTINEZ,

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY,

Respondent.

No.  1:26-cv-02093-DAD-JDP (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS

(Doc. No. 1)

Petitioner Francisco Carlos Lopez Martinez is a federal immigration detainee proceeding *pro se* and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 20, 2026, the assigned magistrate judge issued findings and recommendations recommending that the petition for writ of habeas corpus (Doc. No. 1) be granted.  (Doc. No. 10 at 7.)  Specifically, the magistrate judge found that petitioner entered the United States no later than 1991, in 2000 he was convicted of false imprisonment and presenting a false ID to a peace officer, on March 25, 2025, petitioner applied for permanent residence in this country, and on November 3, 2025, petitioner was detained by ICE.  (*Id.* at 1–2.)  The magistrate judge determined that petitioner's detention is properly governed by § 1226(a), and that the appropriate

1

remedy is immediate release because the government erroneously detained petitioner pursuant to section 1225(b) and the government has not argued that petitioner's 26-year-old convictions render him a flight risk or dangerous.  (*Id*. at 6.)  The pending findings and recommendations were served upon the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 8.)  On April 27, 2026, respondent filed its objections to the pending findings and recommendations.  (Doc. No. 11.)  Respondent's objections state that it objects to the findings and recommendations based on the same arguments raised in its previous briefing.  (*Id.* at 2.)  This does not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including respondent's objections, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1.    The findings and recommendations issued on April 20, 2026 (Doc. No. 10) are ADOPTED in full;

2.    Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

　　a.    Respondent is ORDERED to immediately release petitioner Francisco Carlos Lopez Martinez, A-File No. 200-074-370;

　　b.    Respondent is ENJOINED and RESTRAINED from re-detaining petitioner unless they provide petitioner with notice and a pre-detention hearing before an immigration judge;[1]

3.    The Clerk of the Court is directed to serve a copy of this order on the Golden State Annex Detention Facility;

---

[1]  Respondent also objects to the language "pursuant to section 1226(a) and its implementing regulations[.]"  (Doc. No. 11 at 2.)  The court has opted not to use the objected to language in this order.

4.      The Clerk of the Court is directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:    **May 7, 2026**                    _____
                                            DALE A. DROZD
                                            UNITED STATES DISTRICT JUDGE

3